Sylvia Sammons
4205 Evanston Ave. N. #106
Seattle, WA 98103
(253) 278-1606

February 16, 2010

The Honorable Samuel J. Steiner
U.S. Courthouse
700 Stewart Street
Room 8206
Seattle, WA 98101-1271

Re: Polar Star Corporation Involuntary Bankruptcy
    Cause No. 10-11125

Dear Judge Steiner:

In submitting the attached Declaration of Sylvia Sammons in Support of Motion to Withdraw, I was not able to elaborate on the reasons for my withdrawal due to the attorney client privilege. If you have further questions about my reasons, I propose to speak with you in camera.

Sincerely,

Sylvia Sammons
Attorney at Law