Entered on Docket Mar. 25, 2010

The Honorable Samuel J. Steiner
Chapter 7
Hearing Date: March 25, 2010
Hearing Time: 9:30 a.m.
Hearing Location: Seattle
Response Date: March 18, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

POLAR STAR CORPORATION,

Debtor.

Bankruptcy No. 10-11125-SJS

**ORDER GRANTING MOTION FOR AWARD OF FEES AND COSTS INCURRED IN CONNECTION WITH OPPOSING "BAD FAITH" INVOLUNTARY CHAPTER 7 FILING**

THIS MATTER, came before the Court on Nissan Motor Acceptance Corporation's ("NMAC's") Motion for Award of Fees and Costs Incurred in Connection With Opposing "Bad Faith" Involuntary Chapter 7 Filing (the "Motion"). The Court considered: (i) the pleadings filed in support thereof, including the Second Declaration of Charles C. Robinson; (ii) the Declaration of Barry C. Johnson filed in response thereto; and, (iii) the other pleadings, records and files in the Court file. And, the Court conducted a hearing on the Motion. The Court finds that: (a) notice and an opportunity for a hearing on the Motion were fair and adequate and in compliance with the Bankruptcy Code and Rules; (b) NMAC has demonstrated grounds for the relief provided for herein; and, (c) that the involuntary Chapter 7 filed by Barry Johnson was filed in bad faith and the fees and costs incurred by NMAC's counsel were necessary and reasonable in response to the bad faith involuntary petition; and, other good cause having been shown,

[PROPOSED] ORDER GRANTING MOTION FOR AWARD OF FEES AND COSTS INCURRED IN CONNECTION WITH OPPOSING "BAD FAITH" INVOLUNTARY CHAPTER 7 FILING - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*(206) 464-3939*

Case 10-11125-SJS    Doc 38    Filed 03/25/10    Entered 03/25/10 08:41:49    Page 1 of 2

it is hereby ORDERED that:

1. The Motion is GRANTED in its entirety;

2. The Petitioner of this dismissed action, Barry Johnson, shall reimburse NMAC for fees and costs incurred by NMAC in response to the bad faith involuntary Chapter 7 filing by Barry Johnson;

3. Judgment is entered in Favor of NMAC and against Barry Johnson for attorneys fees in the amount of $22,676.18 and costs of $340.00, for a total of $23,016.18.

DATED this _____ day of March, 2010.

*[signature]*
**United States Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Presented By:

GARVEY SCHUBERT BARER

By: /s/Charles C. Robinson
Charles C. Robinson, WSBA #15394
Attorneys for Nissan Motor Acceptance Corporation

SEA_DOCS:951449.3

[PROPOSED] ORDER GRANTING MOTION FOR AWARD OF FEES AND COSTS INCURRED IN CONNECTION WITH OPPOSING "BAD FAITH" INVOLUNTARY CHAPTER 7 FILING - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*(206) 464-3939*

Case 10-11125-SJS    Doc 38    Filed 03/25/10    Entered 03/25/10 08:41:49    Page 2 of 2